BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
Fax (702) 974-4008

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRES RODRIGUEZ,<br>EDWARD SMITH,<br>KRYSTAL JOHNSON,<br>BRIAN FOX,<br>DALLAS ROBINSON,<br>TODD CANTWELL,<br>ALEXIS PATTON,<br>NATALIE CONBOY,<br>ALYSSA HOLMES,<br>MELISSA ANDRADE-GARCIA<br>CELENA PENFOLD,<br>NICOLE VALENCIA,<br><br>Defendants. | Case No.: 3:15-CR-00061<br><br>**REQUEST TO EXCUSE DEFENDANT MELISSA ANDRADE-GARCIA'S PERSONAL APPEARANCE AT THE ARRAIGNMENT AND ORDER THEREON** |

Certification:   This motion is timely filed, no time limit being applicable.

COMES NOW, Defendant, MELISSA ANDRADE-GARCIA, by and through his CJA appointed counsel, BRET O. WHIPPLE, ESQ., and hereby requests this Court excuse Ms. Andrade-Garcia's personal appearance before the Court at the Arraignment for the Second Superseeded Indictment currently scheduled for March 16, 2016 at 2:30 p.m.  Ms. Andrade-Garcia resides in Nampa, Idaho and is currently in compliance with the conditions of her pretrial

1

release.  The Defendant is not charged with additional Counts in the Second Superseeded Indictment and the Defendant consents to having her Counsel enter a plea on her behalf.

.       DATED this 11th day of March, 2016.          **JUSTICE LAW CENTER**

          /s/ Bret Whipple
Bret O. Whipple, Esq.
Nevada Bar No. 6168
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000

ORDER

The court, having considered Defendant Andrade-Garcia's Motion to Waive Defendant Melissa Andrade-Garcia's Personal Appearance at the Arraignment (ECF No. 237), and the Errata thereto (ECF No. 244) which contained Defendant's signed consent to representation by her attorney (ECF No. 244-1), and good cause appearing,

Defendant's motion to waive personal appearance at her arraignment on March 16, 2016 (ECF No. 237) is GRANTED.

IT IS SO ORDERED.

DATED:  March 15, 2016.

*/s/ William G. Cobb*
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE